2011-3029 Salmon v. Social Security Administration Mr. Keith, am I pronouncing that correctly? Yes, yes you are. Please report. My name is Philip Teat. I'm here on behalf of Petitioner Victoria Salmon. This is the performance appraisal case. Essentially, we're going to make three arguments. One is that the law requires that the agencies establish and timely communicate standards that are based, to the maximum extent feasible, on objective criteria. And the agency didn't do that in this case. Secondly, that in 1995, when OPM reviewed the SSA's appraisal system, it did not review it for compliance with the employee participation or objective criteria requirements. And thirdly, that in 2006, SSA did substantially alter its performance appraisal system without OPM approval. The background, as this court in Lothian and the MSPB in Wells emphasized, that when Congress was looking at reforming the civil service system, one priority was based on its belief that the current system was not working. And Congress therefore adopted very specific reforms of the then existing system. Lothian emphasized that compliance with the new system is difficult. And that there will be agencies that don't comply at all or agencies which attempt to comply in a particular case and fail. And Lothian said, nobody goes to jail for that violation of the law. But the consequence is that if an agency doesn't meet the 4302 requirements, it simply has to use Chapter 75 to fire poor performing employees. This is not a question of if we win, the agency can't fire employees who don't perform. The agency has to meet a higher burden of proof. The law requires- Counsel, when you look at the performance standard under 5 CFR 4030.203, and enlist there various aspects of the performance standard, it just seems to me that under the regulation, you may include the objective criteria, quantity, timeliness, the manner of performance that you're arguing. Yes. But the regulation doesn't say you have to. No, the law says we have to. Explain that part. Sure. Well, I'll be so absolute. The law says that if it is feasible to use objective standards, you must use objective standards. As Lofshin explained, there are cases, and we know there are cases, where you can't have an objective standard, and therefore you can use a non-objective standard. But it's also important to keep in mind this is not a- But your argument here is it has to be a numerical standard. But Wilson seems to say numerical standards aren't required. No, Your Honor. Numerical is an example of an objective standard. Now, if somebody can come up with a non-numerical objective standard, for example, one of the cases, I believe one of the board cases, the standard was that the research scientist- But the argument here was that it was feasible to use a numerical standard. The government seems to concede that, and that because it was feasible to use it, they had to use a numerical standard, correct? Yes. Well, yes, yes. And Wilson didn't say that. But what Wilson was confronting, and I think an extreme and absurd contention, that all the standards had to be numerical. We're saying that to the extent- We're measuring a number of elements, and to the extent that numbers can be used, they must be used. And the important example is this. There's an accuracy standard. Makes sense. We've conceded for the sake of this case, management subjectively determines what's a mistake. There's no numbers there. There's no objectivity as far as we're concerned in this case. Because the nature of work is somebody has to decide what's the right way and the wrong way of doing it. What's subjective about determining whether they've made a mistake? No, there's nothing. Therefore, they can use subjective standards. I don't follow. We are saying that there should be- You have to be told how many mistakes you can make without being fired. That's correct. And management determines subjectively. They don't tell you in advance what's a mistake as far as we're concerned. But if they can- Well, then all standards must have a numeric test in order to satisfy the objective. Take this from- This is from the standard that was applied to Jackson in the Wilson case. Identify all available information resources and coordinate information development with other program offices. Is that an objective or a subjective standard? In my- Well, no. If I can try to evade that- No, you can't. It's a yes or no. Well, I think it isn't. The court thought it was. But this court repeatedly- You think it's subjective. I do. But this court repeatedly says- Help us out. We're trying to figure out where you are. So I read you the identify all available information resources. You know that. You read the case. And you say that's subjective. Yes. And I say you bought it. You have to identify all available information resources. So that's- You find out what they are. You coordinate the information development with other program offices. All right. So why is that subjective? If I were arguing that case, I would say that at the outset of the appraisal period, however defined, there would not be a consensus as to how often one fails to do those things and still keep- Let me take the next one. And Wilson's a little easier for Jackson. Verify accuracy of information presented. Verify accuracy of information presented. That's subjective? What would be, I think, would be feasible would be you lose your job if more than three times during the year, you fail, you simply totally fail to verify the accuracy. But this court has insisted- The problem is that in Wilson, we said, with respect to Jackson, that the standard complied with the statute. So- I have an answer, Your Honor. You may not like the result in Jackson, but there it is. This court has repeatedly said, I have in mind the Weirich case, but I believe it's maybe been Wilson as well, you cannot use the court's upholding of a particular standard in a particular case based on the facts of that case. You cannot use that as stare decisis. Well, there are principles you derive from some of these cases. How about the sentence in the same page in the Wilson opinion where it said, referring to Jackson's performance standards, they are sufficiently objective and precise in the sense that most people will understand what they mean and what they require. All right. The court, somebody, there was a record in that case. The court didn't just make that up. The court had a record and concluded that most people- I want to put that sentence in the context of this case. Because I understand that your client was given back what would be in the old PIP type days. She was given a list of things that she was supposed to do. And your contention in those were highly subjective, yada, yada, okay? She was then called in during the course of the performance and was told when, at what point, she had failed to achieve what the bosses had wanted. Right? No. Not in the sense of- let's take the examples that the government uses. The board judge found or listed the cases in which Ms. Salmon failed to meet standards. And in the board's decision, it lists five places where Ms. Salmon gave erroneous information to customers. Now that's five out of- there's three or four hundred case studies in the record. And that's some- they were some small percentage of the total number of- So they said you gave the wrong information. You called her in and they said here's the information you gave that was wrong. That's correct. Did she understand from that little meeting that she developed a sense that she understood what they were looking for, i.e. give correct information as opposed to incorrect? Yes. That's correct. What we're trying to get at- And after having been given that information, she continued to give wrong information in other cases. Yes. And that's exactly it. If there had been a communication, we say it has to be- No, no. You're- I'm understanding it correctly up to here. All right. Is that right? Yes. That- She knows that- she knows she was told give only the correct information. She gave some information, the agency said it was incorrect, pointed at it, so she then understands what she's supposed to do in the future. Well, sure. You're not- you are to be inerrant. If that's- What she didn't know is how many mistakes can I make without getting fired. That's correct, Your Honor. So- The record reflects, though, that Wilson's proposal to remove Standard enlisted about 42 instances of unacceptable performance. Of? Errors. There were- A long tail of errors. Sure. How many- that's not enough? 42? After the fact, that- and this Court has been pretty clear on that. You can't do what they did. They can't add up the total number of errors at the end of the time and say, well, if there had been a clear performance standard, you would have failed it. But there were case studies of between 300 and 400 cases, and they were only a percentage of the total number of encounters that were reviewed. 40 mistakes is 10%. That may be a good standard, may not be, but if- precisely because the agency can calculate those percentages, they can and they have to communicate those percentages at the outset of the appraisal period. That's what the statute says. You think that's what the statute says. That's what the- there has been no court has ever said, agencies do not have to use objective standards when it's feasible. Now, the decision may be inconsistent. The point of the matter is the Court has found objective standards that don't have numerical testings in them. But we concede that there can be non- That's impressive. We concede there could be non-numeric objective standards. But it has to be- look, in this case, Your Honors, if I may say this, at least, at least, in order to uphold a discharge, the MSPB has to find that the statute was complied with. They have to at least make a finding that in this particular case, the standards that were established were based to the maximum extent feasible on objective criteria. And they have- the Board has to make that finding and has to identify the evidence that supports it. They didn't do that because they couldn't do it because it's not true. For example, we know that in the past, SSA has used numeric standards. We know that in their policy, they say the standards in each element has to be at least one standard in each element that is credible. And they give an example of numeric. That's a prima facie case that objective standards can be used or feasible. The agency could well have and should have and perhaps could have come to the Board with evidence that, yes, they had used objective standards in the past and found they didn't work. They're not feasible. And then the Board weighs the evidence. That's- and then we have a, you know, a judicial review of the Board's factual decision. We don't have any analysis here that in this case, in contrast to all the other cases that I've read, all the other cases, Stubblefield, the Board says the agency has proven that numeric standards or other objective standards are not feasible in this case. I suspect in the- You're getting into your rebuttal time. I'll take one- I'll finish with just one second then. I'm assuming that in the Jackson case, there was a Board decision that said the standards in this case were to the maximum extent feasible objective. It was not feasible to have numbers for any of the standards. And the court then upheld that under substantial evidence and reasonability. You don't have that Board finding in this case. Thank you. Ms. Stern.  Ms. Satmon's main argument concerning the standards, the performance standards used by the agency, is her complaint that they did not- they were not numerically based. And she argues that if it is possible to use numerically based standards, then the agency must do so. This flies, however- You agree that it's possible here. It appears that it could be possible for an agency to keep count of every error and then either set a number of errors if it wanted to or set a percentage of errors. But requiring the agency to do so flies in the face of this Court's decision in the Wilson and Jackson case. In that case, not only did the Court say that agencies are not required to use numerically based standards, but they went even further because they said in footnote 6, they said, it does not destroy the standard that some agency employees testified that the agency could have drawn up even more precise standards. Congress did not mandate the most exact standard conceivable, but left discretion to the agency so long as it created an objective and adequate standard. So in Jackson, the Court actually went ahead and said even if numbers or a more precise numerically based standard is possible, the agency is now required to do that as long as they have objective standards that are adequate to communicate- What about the use of the word routinely here, which is on 101, which seems to be the standard, routinely do the following. Is routinely an objective standard? It is, Your Honor. It absolutely is. The original standards that are in Ms. Salmon's performance plan didn't include the word routine or any numerical standards and could have been interpreted as absolute standards because they required her to provide accurate information, presumably in every case. Now, I'm not meaning to suggest that absolute standards are not prohibitive. If it said occasionally follow, then it would fall into the Wilson category, right? Because it would be more of a negative standard. The agency in this case made the effort to make it a positive- I'm trying to push you a little bit on routinely. If it said occasionally, then we'd strike that down as being too wishy-washy, right? And that was what happened in Wilson that was sometimes misunderstood. Not necessarily, Your Honor, because in the DePauw case, the case upheld standards that used the word usually. But the emphasis seemed to be in the Wilson case, what the problem was, was the agency almost defined the standards in a negative way by saying that she could still do things sort of only half way around. Direction of work activities is occasionally effective, so that occasionally is a buzz bed. Yeah, it was sort of a more negative way of stating it. By saying that Ms. Salmon had to- The presiding judge, I think, was asking you to tell him why routinely isn't unnecessarily vague. Because routinely connotes something that's regular, habitual, continuing. Someone who routinely brushes their teeth does it presumably every day. Now, if they routinely brush their teeth every day for a year, but once during the year they don't brush their teeth, we still wouldn't describe them as someone who doesn't routinely brush their teeth. So routinely has a common meaning as something that someone does on a regular, recurring, habitual basis. What about 20 out of 300 times you did 20 things wrong? Were you routinely being correct? If you do a job on a daily basis, on a daily or weekly basis, you're providing inaccurate information, that would be routinely providing inaccurate information. It's not a numerical standard. Efforts to tie it to a 20 out of 300. If you did 1,000 inputs a day and you made one mistake a day, you would be routinely making mistakes. Yes, if you made one incorrect every single day, that would be routinely. Kind of similar to silly. Excuse me, Your Honor. Kind of similar to silly. You're a reasonable person. Let's assume we're talking about inputting 2,000 things a day. On a computer, you're going like this, right? And it turns out that Clevenger makes one mistake a day for 30 days in a row. It seems perfectly reasonable that a customer service representative who has to provide information to the public that the public is going to rely on to know whether or not they're entitled to benefits, if that person is on a daily or several times a week giving inaccurate information. Out of 6,000 entries. Well, again, Your Honor, that's not this case. This case involves a customer service representative whose job requires that she provide accurate information. You're testing what the concept of routinely means. It's not a numerical concept, Your Honor. We admit that. The agency did not choose to use this, so they're not defining routinely as a certain percentage. How much of your case depends on the language in Wilson that tells us that even if the regulation is a little fuzzy, if a reasonable person faced with the standard and faced with being tested under the standard during the PIP, period, they'll understand what's going on. Isn't that really the heart of your case? That is the heart of our case, Your Honor. And Ms. Hammond was meeting with her supervisor. She was being informed. You are providing inaccurate information in these cases. That's not acceptable. We need you to provide accurate information. Every two weeks they were meeting with her and showing her more instances where she was providing inaccurate information, telling her that was unacceptable. So she was being clearly told what she needed to do, and that was to provide accurate information. Routinely being told that she had made mistakes? Yes, every two weeks. She was routinely supposed to be performing without mistakes? Yes, Your Honor. She was routinely being told because she was regularly, every two weeks, being told that she was continuing to provide inaccurate information and commit performance deficiencies. There's no race judicata or double jeopardy here. If you lost this case, could the agency bring a 75 action against this employee? Could the agency go back and bring a Chapter 75 action against it? I believe they actually could, Your Honor. But they didn't. They brought this as a Chapter 43 action under a performance appraisal system that was approved by OPM. And so I do want to get to the two other arguments that the petitioner raises, even though on his initial presentation, counsel didn't get to them. But I know he has some rebuttal time, so I want to make sure that I do get to him. But the first argument that the performance standards are valid, the Wilson case, I believe, does control the outcome here. And the mere fact that numbers weren't used, even if they possibly could have been used, doesn't render the performance standards unacceptable. Petitioner also challenges the 1995 review of the performance appraisal system as deficient. The agency has a burden, and it's sort of in the nature, I would say, of a technical burden of showing that… That's the original approval? That's the original approval. That's the APA cause of action in the district court, isn't it? I'm sorry, Your Honor? Do we have jurisdiction over that? I would say that the court doesn't have, I don't know if I would say jurisdiction, but doesn't look behind the process. The ALJ seemed to think that that was a challenge to OPM's act. Right, and it is in a sense. That is reviewable, not through the MSPB, but that's reviewable in the district court as an APA action. Right, and I wouldn't necessarily disagree. I would say that the court doesn't look behind OPM's approval because it's the agency's burden to demonstrate that OPM approved it, but not to demonstrate the process that OPM went through in approving it. His challenge is not that the agency has failed to show the letter saying you were approved. And that's all that's required for the agency to meet that particular burden. The agency's burden is saying, shouldn't your response to his second question be, say, meet you at the U.S. district court? I don't even think it's necessary to reach that question, Your Honor. The agency's burden under the case law is, number one, to show that OPM approved its performance appraisal system, and it did show that. Number two is to show that its performance appraisal system and standards meet the statutory criteria. So the OPM approval doesn't relieve this court from evaluating the system and the performance plans to see if they meet the statutory criteria. Even if OPM approves the performance appraisal system, as it did in this case, if it turns out that this court or the board finds it doesn't meet the statutory criteria, OPM's approval won't save it. But OPM's lack of approval will be fatal to the agency's case. So first, the agency just has to show that they— So the MSPB can consider the fact that OPM didn't approve the 2006 thing, if that's around for setting aside— Absolutely, Your Honor. And so the board did look at that question, and the question was, was the 2006 performance— What's the difference between the MSPB's jurisdiction to consider that there was never any approval that was required and that the approval that was required, that was given, was defective? Well, no, it's not that the approval that was required was defective. It's whether the agency is— But that's one of the allegations, is that the OPM approval doesn't count. Not exactly. The allegation is that the performance appraisal system that was approved in 1995 was not still the one that the agency was relying on in 2006, and that the one the agency was relying on in 2006 was significantly different so that it, in fact, wasn't approved. Based on 2005, he says when they did 2005, the OPM did not ask whether or not employee participation had been engaged in all of this, and that's a statutory requirement. Okay. That's the, you know, that's the dart with arsenic on it that he threw at the 1995 OPM— Right, I understand that he's challenging both the 1995 and then separately the 2006. Why can't we review that if we can review the question of whether the 2006 program is incompatible with the 1995? Because the question with respect to the—I think this does answer your question. With respect to the 2006, the question is, did OPM approve the 2006 performance appraisal system? Or didn't approve it? If— The question was, was it required to approve it? Well, but that turns on whether it's the same performance appraisal system that was approved in 1995. But the question with respect to the 1995 system, they say that the regulations don't require you to consider objective, whether the standards are—whether the system provides for objective standards. First of all, that's not true. Wait, wait, wait. I understand. Suppose OPM had said in approving the 1995 plan is we don't care whether this provides for objective standards or not. That's none of our business. Could they challenge the OPM approval for the MSPB? I would say no, Your Honor. I would say the agency— Why not? Because the agency's burden is only to show that they got approval and the failure— And then if the agency's standards don't, in fact, meet the criteria that OPM didn't even look at, it'll fall on that basis. If the approval on space is defective, they can't challenge that? I would say no, Your Honor. I would say that they are required—because the agency—it can't be the agency's burden as a practical matter to defend the process that OPM went through back in 1995 to approve a performance appraisal system. Those employees might not— They're allowed to challenge it in the U.S. system. They can challenge the system itself, and they can require the agency to prove that the system itself meets the statutory criteria. The board and this court certainly have jurisdiction to look at that question. But the process that OPM went through and whether they were sufficiently thorough when they granted their approval, that's something that the board and the court— and the performance standards meet the statutory criteria. That's really where—what's at issue in a performance-based case, not how thoroughly OPM looked at things originally. I have a question that will take you maybe to where you were headed. Let's see. But in your brief, you assert that the collective bargaining negotiations satisfy the employee participation requirements, assuming that one exists. But I didn't see a lot of case law for your argument. What case law do you have that supports that argument? The only case law that I think does support it—I mean, there really hasn't, as far as I know, at least been much litigation and much case law about that particular requirement. But I would point to the Adamson decision from this court because in that case, when the court was refining its original opinion with sort of a supplemental opinion, the court made it very clear that it did not require OPM's review of a performance appraisal system, that it didn't require review of individual performance standards, so that when an agency changes performance standards, that doesn't require OPM review. So I think that the actual development of the performance standards does not—it suggests that there's not one way that the standards have to be developed or one way that those specifics about employee participation have to be put into effect. This case, the agency's performance appraisal system, the 1995 system that was approved by OPM, the broad framework, which is what the personal appraisal system is, the broad framework under which performance standards and plans will be developed, provided for employees to be encouraged to participate in the development of performance standards. It didn't provide for one-on-one involvement. It didn't provide for each employee to be involved in the development of the standards applicable to their particular position. It broadly applied for employee participation. Do you think that the Adamson case squarely addresses a CBA issue? I'm sorry? The Adamson case squarely addresses a CBA issue? No, I would not say that it squarely addresses that issue at all. The board, however, actually—the Adamson is the best case I can think of that sort of suggests something along those lines. I agree it doesn't squarely address that. But the board actually has had a case called Beverly versus Defense Logistics Agency, where they actually did talk squarely about employee participation, and they said that there is no requirement that each individual employee be invited to or allowed to participate in the development of their standards. Like in defense before you run it awkward? I'm sorry, Your Honor? 400,000 employees getting involved? Well, yes, and every time somebody left and a new employee was appointed to the position, the agency had to develop new standards. How many appraisal programs does SSA run under its approved appraisal system? I believe they have three different performance programs. Three different programs? Right. One is for non-managerial employees. Do they use numerical factors in any of them? I'm sorry, Your Honor? Do they use numerical testing factors in any of them? The other performance programs I don't believe were part of—well, I don't want to say that I don't think they were part of the record, but I don't recall whether they used numerical standards or not. Okay. Thank you, Mr.— Thank you, Your Honors. Thank you. I'll take the last point first. Joint Appendix 145 is the system that was approved, is part of the system that was approved, and it does provide for one-on-one review of participation by employees with appraising officials in establishing performance plans. And collective bargaining, had it existed, would be radically different from that. And there's no evidence—the only evidence is that management gave a copy of the overall package to the union. There's no indication that there was any participation any more than when management gives an employee a copy. You're talking about in the original 1995? Yes. Assuming we have authority to look at that? Yes, I do assume that this Court reviews that sort of thing. On the routine, the record shows that one of the things that Ms. Salmon did was twice a week she sat as a receptionist and encountered 40 to 50 people every day and gave them direction as to what to do. During the 120-day performance improvement period, that would be—I've lost track—a large number of days and times 40 or 50. My quick calculations came up that just on that task alone she dealt with 2,000 people. The management says that over that 120 days, five times she made an error. That's five out of 2,000 plus all the other work she did. That—nobody sitting in a Social Security office or on this bench would know at the outset or at any other time that five errors out of thousands and thousands would be too many. Mr. Peat, I think we're out of time here. Okay. Thank you very much, Your Honor. Thank you both.